# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
     Appellant,
  vs.
THE STATE OF NEVADA; FRANKLIN
B. WILKERSON; SADIE SULLIVAN;
DAWN BEQUETTE; CANDICE BOYCE;
AND KATRENA M. MARTIN,
     Respondents.

No. 81380

**FILED**

JUL 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for appointment of counsel. First Judicial District Court, Carson City; James E. Wilson Jr. Judge.

Review of the notice of appeal reveals a jurisdictional defect. No statute or court rule authorizes an appeal from a district court order denying a motion for appointment of counsel. *See* NRAP 3A(b); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.  _____, J.
Hardesty          Cadish

_____

[1]This court takes no action in regard to the motions filed on July 10 and 14, 2020.

cc:   Hon. James E. Wilson, District Judge
Gene Anthony Allen
Carson City Clerk

Supreme Court
of
Nevada

(O) 1947A